LEOPOLD KRAUSE, Respondent, *v.* JAMES RUTHERFORD et al., Appellants.

*Krause* v. *Rutherford*, 81 App. Div. 341, affirmed.
(Argued March 22, 1904; decided April 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 18, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term.

*E. H. Hanford* and *E. A. Mackey* for appellants.

*George W. Youmans* and *Frederick W. Youmans* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS J. SHARKEY, Appellant.

*People* v. *Sharkey*, 87 App. Div. 532, affirmed.
(Argued March 22, 1904; decided April 5, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 20, 1903, affirming a judgment entered at a Trial Term upon a verdict convicting the defendant of the crime of manslaughter in the second degree.

*Henry W. Unger* and *Abraham Levy* for appellant.

*William Travers Jerome*, District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ.